IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DARRYL PERNELL BUTLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | NO. 5:22-CV-149-TES-CHW |
| | : | |
| **DOCTOR ELLEN H YANKELLOW,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

*Pro se* Plaintiff Darryl Pernell Butler, an inmate currently incarcerated in the Central State Prison in Macon, Georgia, has filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff has not, however, paid the filing fee or filed a proper and complete motion for leave to proceed *in forma pauperis*. A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Accordingly, Plaintiff is **DIRECTED** to either pay the Court's $402.00 filing fee or submit a complete and proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. Plaintiff is additionally instructed to notify the Court, in writing, of any change in his mailing address. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.** There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 3rd day of May, 2022.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge